Certificate Number: 06531-PAM-DE-037868470

Bankruptcy Case Number: 23-01753


06531-PAM-DE-037868470

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2023, at 2:22 o'clock PM CDT, Karen Diehl completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 20, 2023

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor